**Motion Granted and Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 6, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00553-CV

_____

## IN RE HOUSTON AN USA, LLC D/B/A AUTONATION USA HOUSTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-27755**

---

## MEMORANDUM OPINION

On August 6, 2020, relator Houston An USA, LLC d/b/a Autonation USA Houston filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Steven Kirkland, presiding judge of the 334th District Court

of Harris County, to compel the Honorable Steven Kirkland to set aside his July 27, 2020 order granting real party in interest's motion to compel discovery.

On April 28, 2021, relator and real party in interest filed a joint motion to dismiss this original proceeding. The motion is GRANTED.

Accordingly, we dismiss relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Zimmerer.

2